--------------- Original Message ---------------

From: Coinbase Support [help@coinbase.com]

Sent: 12/14/2021 9:22 PM

To: ███████████████

Subject: [Reply] Case #09072112 - Call for US Coinbase Support from ███████████ at 2021-12-14 20:46:23 -0800

Hello Ryan███, We're working hard to quickly address this issue, and we'll reach out to you as soon as we have an update. In the meantime, please reply to this email if you have any additional questions. Thank you in advance for your patience and understanding.

Regards, Coinbase Support  ref:_00D6A2G0qc._5003sX9ba2:ref

----------

Date: 2021-12-15 18:25:16 UTC

From_address: ███████████████

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: Hello,  Just following up on my account being hacked. I wanted to see if the fraud department has any recommendations for next steps? Is this something that I should be reporting to law enforcement or what is best way to handle this?  Thank you,  Ryan Dellone

Sent from my iPhone

> On Dec 14, 2021, at 9:22 PM, Coinbase Support <help@coinbase.com> wrote:

> >  Hello Ryan███,

> > We're working hard to quickly address this issue, and we'll reach out to you as soon as we have an update.

> > In the meantime, please reply to this email if you have any additional questions.

> > Thank you in advance for your patience and understanding.

> > Regards, > Coinbase Support >  > ref:_00D6A2G0qc._5003sX9ba2:ref

----------

Date: 2021-12-17 06:21:31 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address: ▮

Message: Hello Ryan,

Thank you very much for the updated information. Our team has been able to successfully transfer the balance from your old account to your new one. You should be able to access these funds immediately. We appreciate your patience during this process. Please let us know if you have additional questions by replying to this email.

Kind regards, Coinbase Support  Ja ref:_00D6A2G0qc._5003sXAEIt:ref

----------

Date: 2021-12-17 22:03:09 UTC

From_address: ▮

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: Hello,   I am only seeing a balance of $241. How much was the total transfer? Do I have a new account that I haven't accessed yet?  Ryan

Sent from my iPhone

> On Dec 16, 2021, at 10:21 PM, Coinbase Support <help@coinbase.com> wrote:

> >  Hello Ryan,

> > Thank you very much for the updated information.

> > Our team has been able to successfully transfer the balance from your old account to your new one. You should be able to access these funds immediately.

> > We appreciate your patience during this process. Please let us know if you have additional questions by replying to this email.

> > Kind regards, > Coinbase Support > > Ja > > ref:_00D6A2G0qc._5003sXAEIt:ref

----------

Date: 2021-12-17 23:01:08 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address: ▮

Message: Hello Ryan,  Your Coinbase account is currently restricted due to an owed balance caused by an unsuccessful payment for a transaction that was credited to your Coinbase Digital Wallet.

Per the terms of the User Agreement, you are responsible for the owed balance in your Coinbase account.  On 2021-12-14 your bank reversed a charge of $1,025.00 for your attempted purchase on 2021-12-14 for BTC. The reference code for this transaction is LN9SRQLL.

On 2021-12-14 your bank reversed a charge of $200.00 for your attempted purchase on 2021-12-14 for BTC. The reference code for this transaction is CBEXSQN6.

Therefore, you currently have an owed balance of $1,225.00 which you will need to pay before you are eligible for a review of your purchasing ability.

To view your owed balance and make a payment to resolve this balance, please visit: https://www.coinbase.com/payment_required

You will be directed to a yellow banner that lets you know a transaction was reversed and a button to "Make Payment". Selecting "Make Payment" will allow you to choose your payment method from a drop-down menu.

If you would like to cash in digital currency from an external wallet to resolve the owed balance, you can find your crypto addresses here https://www.coinbase.com/addresses

Due to restrictions placed by most card issuers, debit cards cannot be used to resolve a negative balance on a Coinbase account.  For additional information regarding reversals, please contact your bank directly. Coinbase is not responsible for crediting your bank account for any fees incurred by your bank due to reversals.

Thank you, Coinbase Support ref:_00D6A2G0qc._5003sXAEIt:ref

----------

Date: 2021-12-18 00:22:43 UTC

From_address: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: Hello,  There is an ongoing investigation by your fraud team. My account was hacked and the $1225 transaction was done fraudulently. There should be notes on my file describing the situation. You said there was money transferred to my account my account but I do not see this in my balance?  Ryan  Sent from my iPhone

> On Dec 17, 2021, at 3:01 PM, Coinbase Support <help@coinbase.com> wrote:

> >  Hello Ryan,

> > Your Coinbase account is currently restricted due to an owed balance caused by an unsuccessful payment for a transaction that was credited to your Coinbase Digital Wallet. Per the terms of the User Agreement, you are responsible for the owed balance in your Coinbase account.

> > On 2021-12-14 your bank reversed a charge of $1,025.00 for your attempted purchase on 2021-12-14 for BTC. The reference code for this transaction is LN9SRQLL.

> > On 2021-12-14 your bank reversed a charge of $200.00 for your attempted purchase on 2021-12-14 for BTC. The reference code for this transaction is CBEXSQN6.

> > Therefore, you currently have an owed balance of $1,225.00 which you will need to pay before you are eligible for a review of your purchasing ability. To view your owed balance and make a payment to resolve this balance, please visit:
https://www.coinbase.com/payment_required

> > You will be directed to a yellow banner that lets you know a transaction was reversed and a button to "Make Payment". Selecting "Make Payment" will allow you to choose your payment method from a drop-down menu.

> > If you would like to cash in digital currency from an external wallet to resolve the owed balance, you can find your crypto addresses here https://www.coinbase.com/addresses > > Due to restrictions placed by most card issuers, debit cards cannot be used to resolve a negative balance on a Coinbase account.

> > For additional information regarding reversals, please contact your bank directly. Coinbase is not responsible for crediting your bank account for any fees incurred by your bank due to reversals.

> > Thank you, > Coinbase Support > > ref:_00D6A2G0qc._5003sXAEIt:ref

----------

Date: 2021-12-18 00:38:02 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address:

Message: Hello Ryan,

Thank you for contacting Coinbase Support regarding your recent account activity. Prior to a further review of your account, we request that you generate and review a transaction history report for your inquiry. To do so, please navigate to the following page: https://www.coinbase.com/reports

1. Click the "Generate report" button

2. Filter the report if applicable

3. Select the file type that best suits your needs

4. Click "Generate report" to download

If you still have questions regarding any transaction(s) in your account after reviewing the report, please locate the transaction(s) in question and provide the following information:

- Reference Code (can be found in email receipt) - Amount (fiat value and crypto value)

- Date of Order

Please provide information regarding your specific inquiry in order for us to best assist you.

Once we have this information we will review your account and provide you with further assistance.

Thank you, Coinbase Support ref:_00D6A2G0qc._5003sXAEIt:ref

----------

Date: 2021-12-18 01:30:12 UTC

From_address: ▓▓▓▓▓▓▓▓▓▓▓▓

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: I'm sorry why do I need to request a transaction history? I was told your fraud team is performing an investigation.  Sent from my iPhone


Date: 2021-12-18 05:48:48 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address: ▓▓▓▓▓▓▓▓▓▓▓▓

Message: Hi Ryan,

Thanks for contacting us. It appears your account is restricted due to reversed transactions with your bank and an outstanding balance owed to Coinbase.

We understand that your account may have been compromised and unauthorized activity occurred. Customers are responsible for the security of their devices and passwords, and for any activity that occurs when those devices or passwords are compromised. P

lease read our security page for more information: https://support.coinbase.com/customer/en/portal/articles/1447997

We recognize the difficult position this puts you in. However, we cannot reimburse or credit you for this outstanding balance owed to Coinbase because once digital currency is purchased or sent off the platform, we are unable to reverse these transactions.

Please note: For Coinbase to consider restoring the purchasing ability for your Coinbase account in the future, you will first need to first resolve the outstanding balance owed to Coinbase.

Regards, Coinbase Support ref:_00D6A2G0qc._5003sXAEIt:ref

----------

Date: 2021-12-18 06:53:21 UTC

From_address:

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: I was told someone from the investigation team was going to reach out to me? When is this going to happen?   Sent from my iPhone


----------

Date: 2021-12-18 10:56:23 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address:

Message: Hello Ryan,

Our decision remains final, and we're unable to make the requested changes to your Coinbase account. As a security measure, we can't elaborate on our internal decision process.  Thank you for your understanding.

Kind regards, Coinbase Support ref:_00D6A2G0qc._5003sXAEIt:ref

----------

Date: 2021-12-18 16:31:00 UTC

From_address:

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: I'm not sure what requested changes you're referring to? What changes have I requested? When I called to report the account had been hacked, I was told by your coinbase representative that another representative from the fraud team would be contacting me. Is this not true?   Sent from my iPhone

----------

Date: 2021-12-21 07:44:23 UTC

From_address: ▮

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: Hello,

My account was hacked and I was told someone from the fraud team would be reaching out to me regarding the status of the investigation. I have not received an update yet, can someone please give me a call?

Thank you,  Sent from my iPhone

----------

Date: 2021-12-21 09:26:38 UTC

From_address: ▮

Subject: Hacked Account

Message: Please have someone call me at ▮ . Thank you

----------

Date: 2021-12-21 09:26:40 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address: ▮

Message: Hello,

Thanks for submitting your request to Coinbase Support. We're here to help and will be in touch as soon as possible.  In the meantime, you can find answers to many of your questions by visiting our Help Center .

Regards, Coinbase Support

ref:_00D6A2G0qc._5003sXB894:ref   ©2021 Coinbase  www.coinbase.com | Help Center | User Agreement and Privacy Policy

----------

Date: 2021-12-21 09:42:11 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address: ███████

Message: Hi Ryan,

We wanted to go ahead and acknowledge that we've received your inquiry. Also, because you've previously written to us about this same issue, we're going to merge your cases into a single email thread. We're working hard to quickly address this issue, and we'll reach back out as soon as we have an update.

In the meantime, if you have any other questions about this issue please feel free to reply back to this email.

Regards, Coinbase Support ref:_00D6A2G0qc._5003sX9ba2:ref

----------

Date: 2021-12-21 10:29:30 UTC

From_address: ███████

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: Thank you so much!  Ryan  Sent from my iPhone

----------

Date: 2021-12-23 18:09:44 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address: ███████

Message: Hello Ryan,

Thank you for your patience.  To complete our security review, we need to verify your identity.  Please upload a dated "ID Selfie" that shows your face and ID, both clearly visible, with you holding a piece of paper that reads "For Coinbase Verification" and has today's date.

Please note: Your face, ID and the piece of paper need to be present in the same picture.  Upload your ID Selfie through our secure SendSafely portal https://coinbase.sendsafely.com/dropzone/cx-files/09072112

Please use the same email address that you used for this support case. Also, we recommend using a desktop browser (Google Chrome works best) rather than a mobile browser.

After we receive your ID Selfie, we'll review it and get back to you. Thank you for your patience.  Kind

Regards, Coinbase Support

----------

Date: 2021-12-27 00:10:06 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address:

Message: Hello,

We need additional information from you before we can resolve this case.  If you still require support with this inquiry, please reply to our original email with the needed information.

 If you are unable to locate our emails in your inbox, please check your spam and trash folders as some email providers automatically filter our automated messages as spam.

If you no longer require support, please let us know and we'll close the case. We'll send a follow-up email every five days to check if you still need support with this inquiry.

Thanks, Coinbase Support

ref:_00D6A2G0qc._5003sX9ba2:ref   ©2021 Coinbase  www.coinbase.com | Help Center | User Agreement and Privacy Policy

----------

Date: 2021-12-27 04:16:19 UTC

From_address:

From_name: Ryan Dellone

To_address: help@coinbase.com

Message: Hello,

I have uploaded the ID selfie verification.

Thank you,  Ryan  Sent from my iPhone

----------

Date: 2021-12-30 10:03:11 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address: ▮▮▮▮▮▮▮▮▮▮

Message: Hello Ryan,

Thanks for the additional information. We have put a hold on your account's ability to login for the time being until you are certain that your account is secure. No new outgoing transactions will be possible while the account is disabled, but pending transactions cannot be stopped due to the irrevocable nature of digital currency transactions.

We have a few questions that will help us begin isolating the incident. Please note: that for security reasons, Coinbase phone support agents are not able to conduct security investigations.

We must complete a security review by email before we will be able to unlock your account, so please answer these questions in writing to the best of your ability, even if you think you have resolved your concern:

1) Was the device in your possession during the unauthorized activity?

2) Have you been in touch with any customer service representative via phone or social media recently? If so, please provide us with the phone number or URL.

3) Have you suffered any noticeable interruption in your phone service or been a victim of a phone port/sim swap?

4) Have you received any unrequested email or SMS message from Coinbase that prompted you to click a link and enter your login credentials? If so, please send us a screenshot of that message so we can take a look.

5) Do you use or have installed any remote desktop software recently?

6) Have you recently installed any software or browser's extension? If so, could you run a malware scan on your device and let us know the results?

7) Can you provide any further information about how your credentials could have been compromised? As a security precaution, please immediately take steps to secure your email password and enable 2-step verification on your email if possible.

Please also reset your Coinbase password, go to this link: https://www.coinbase.com/password_resets/new

For additional information on setting a strong password go to this link: https://www.coinbase.com/password-faq We strive to investigate all security reports within 10 business days.

Some cases may require additional time for investigation due to the sensitive nature of irrevocable digital currencies. Thank you for your patience as we work to resolve the issue.

Regards, Coinbase Support ref:_00D6A2G0qc._5003sX9ba2:ref

----------

Date: 2022-01-05 02:47:51 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address:

Message: Hello Ryan,

Thanks for your patience while we investigated your case.

 Our records show that on 2021-12-14 3:30 PM PST, your Coinbase account password was accessed using a 2-step verification code sent to your verified mobile number using a Windows NT 10.0 device, from a VPN Protected IP address: 193.27.12.10.

This device was also confirmed for use with your account via the new device confirmation link sent to your email address.

As your 2FA method is set to SMS, we highly suggest you contact your service provider to ensure only you are in control of your number, as our investigation indicates your phone number may have been compromised.

After your account was accessed, the following transactions occurred:

*2021-12-14 3:43 PM PST pro_deposit -2.05698427 BTC was transferred to your Coinbase Pro account. *2021-12-14 4:06 PM PST Coinbase Pro Withdrawal of 2.05647401 BTC sent to external address bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm, with crypto_transaction_hash: dbaba1aad772b7e62995668f69ddf73d4d20031f5fe15cd4d23a618e831c1fe1

Please immediately take these security steps to secure access to your Coinbase account:

1. Remove email forwarding—often these third parties use email forwarding to intercept future emails

2. Create a new unique and complex email password

3. Add 2-step verification to your email (highly recommended)

4. Reset your Coinbase password at www.coinbase.com/password_resets/new after your email is secure

5. Respond directly to this email for account recovery instructions once these steps are complete

Once you have secured your Coinbase account with the steps above, please reply back to this email—your account will remain disabled until you do so.  Please also report this potential theft to all law enforcement agencies in your area.

Coinbase is committed to full cooperation in all law enforcement investigations.

Please note, Coinbase is unable to reverse digital currency transactions.  Lastly, an Account Statement for 12/01/2021 to 01/05/2022 has been included in this email, but due to the sensitive nature of these documents, it can only be viewed using our secure portal, Send Safely, through this link: https://coinbase.sendsafely.com/receive/?thread=0TZA-2BYJ&packageCode=x7Rjyg2l2m0rQ0ZdjKBdPmboby4djq0M9IlnsdY4Eyk#keyCode=bXEPGyKh6vLaZ3NsV3eA7bc3AIYSYZYHoPRaq_tJEhE

Please use the same email address that you used for this support case. Also, we recommend using a desktop browser (Google Chrome works best) rather than a mobile browser.

If you have any additional information on how your credentials were compromised by the unknown third party, please let us know.  T

hanks, Coinbase Support ref:_00D6A2G0qc._5003sX9ba2:ref

----------

Date: 2021-12-15 06:01:07 UTC

From_address: help@coinbase.com

From_name: Coinbase Support

To_address: █████████████

Message: Hi Ryan ███, Thanks for letting us know that you replaced your device. We've restored access to your account as you requested.

To reset your 2-step verification method and disable your authenticator app, please follow the steps below:

1. From a computer, use your email and password to sign in at https://www.coinbase.com/signin

2. When prompted for your 2-step verification code, select "I need help."

3. Select "I can't access my authenticator app anymore."

4. Follow the instructions to complete Account Recovery. Note: If you do not receive a 2-step verification prompt after signing in, try clearing your browser cache or following the above steps in your browser's private mode.

==This process must be completed through the website== and cannot be completed using the mobile app. For security reasons, you'll be asked to provide a photo of the front and back of your ID and a photo of yourself taken at the time of the prompt.

==After 24 hours have passed from your completion of all the steps above,== you should be able to sign in to your account via SMS codes and complete buys and sells.

If you do not receive your SMS codes, or have any issues, please reach out to us. To protect your account from any unauthorized activity while you're completing the account recovery process, we've blocked all outgoing transactions.

IMPORTANT: After you've recovered your account, please let us know by replying to this email, so we can remove the lock on it. Otherwise you won't be able to trade or complete any transactions after regaining access.

Please note: that for your security, we are not able to completely remove 2-step verification. Regards, Coinbase Support