AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| RYAN DELLONE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-CV-01408-ADA-HBK |
| COINBASE, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RYAN DELLONE                                                                                                        .

Date:    10/17/2023

/s/ Ethan E. Mora
*Attorney's signature*

Ethan E. Mora, SBN 317937
*Printed name and bar number*

1040 E. Herndon Ave.
Fresno, CA  93720

*Address*

EthanMoraLaw@pm.me
*E-mail address*

(559) 370-1485
*Telephone number*

*FAX number*