**PROOF OF SERVICE**
*Dellone v. Coinbase, et al.,*
**USDC Eastern District Court Case No. 1:23-CV-01408-ADA-HBK**

I hereby certify that on October 18, 2023, the foregoing **NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING ALTERNATIVE SERVICE AGAINST DEFENDANT 2.05 BITCOINS**, including the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AGAINST DEFENDANT 2.05 BITCOINS**, and **DECLARATION OF ETHAN E. MORA IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AGAINST DEFENDANT 2.05 BITCOINS**, were delivered by electronic mail and by Bitcoin blockchain publication, to:

1. Adam Vukovic
   BRYAN CAVE LEIGHTON PAISNER LLP
   Email: adam.vukovic@bclplaw.com

   *Attorneys for Coinbase, Inc. and Coinbase Global, Inc.*

2. *Approximately 2.05 BITCOINS located at Bitcoin address, bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm*

   TRANSACTION HASH: 3f6d743409afbfd1da359ed94c1a70dab01791f1c21a7aa7de5c6b0843e6df78

   Link: https://t.ly/123cv01408_service (updated Oct. 18, 2023)

   *Defendant*

/s/ Ethan E. Mora

Ethan E. Mora

1
**PROOF OF SERVICE**