**BRYAN CAVE LEIGHTON PAISNER LLP**
Alexandra C. Whitworth (California Bar No. 303046)
Adam A. Vukovic (California Bar No. 301392)
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:          alex.whitworth@bclplaw.com
                    adam.vukovic@bclplaw.com
*Attorneys for Defendants*
*COINBASE, INC. and COINBASE GLOBAL, INC.*

**LAW OFFICE OF ETHAN MORA**
Ethan E. Mora (California Bar No. 317937)
1040 E Herndon Ave, Ste 105
Fresno, CA 93720
Telephone:   (559) 370-1485
Email:          ethanmoralaw@pm.me
*Attorney for Plaintiff*
*RYAN DELLONE*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN DELLONE, | Case No. 1:23-cv-01408 |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING RESPONSIVE PLEADING DEADLINE** |
| COINBASE, INC., et al., | |
| Defendants. | Complaint Filed:  September 26, 2023<br>Trial Date:            Not Assigned |

This Stipulation is entered into by and between Plaintiff Ryan Dellone and Defendants Coinbase, Inc. and Coinbase Global, Inc. (together "Coinbase"). Plaintiffs and Coinbase are collectively referred to as the "Parties."

WHEREAS, on September 26, 2023, Plaintiff filed his Complaint in this action;

WHEREAS, on October 4, 2023, Coinbase returned executed waivers of the service of the summons of the Complaint, pursuant to Rule 4 of the Federal Rules of Civil Procedure;

WHEREAS, the Parties continue to discuss potential early resolution of this matter and require additional time to explore those options;

WHEREAS, in the interest of judicial economy and preservation of court resources, the Parties have met and conferred and agreed on a stipulation that would extend Coinbase's responsive pleading deadline to accommodate further discussions described herein. This is the first such extension of time requested in this matter.

NOW, THEREFORE, the Parties hereby agree and stipulate to the following:

1. Coinbase's deadline to respond to the Complaint shall be extended **until December 8, 2023**.

**IT IS SO STIPULATED**.

Dated:  November 20, 2023         **BRYAN CAVE LEIGHTON PAISNER LLP**

By:  */s/ Adam Vukovic*
      Adam Vukovic
Attorneys for Defendants Coinbase, Inc. and Coinbase Global, Inc.

Dated:  November 20, 2023          **LAW OFFICE OF ETHAN MORA**

By:    */s/ Ethan Mora (as authorized on 11/20/23)*
        Ethan Mora
Attorney for Plaintiff Ryan Dellone