1  The Law Office of Ethan Mora
   Ethan E. Mora (SBN 317937)
2  1040 E. Herndon Ave., Suite 105
   Fresno, CA  93720
3  Telephone: (559) 370-1485

4  Attorney for Plaintiff RYAN DELLONE

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DELLONE, | Case no. 1:23−CV−01408 |
| Plaintiff, | |
| v. | PROOF OF SERVICE OF: |
| COINBASE, INC., et al., | ORDER SETTING MANDATORY SCHEDULING CONFERENCE |
| Defendants. | |
| | Service on: |
| | Coinbase, Inc. and Coinbase Global, Inc. |

**PROOF OF SERVICE**

**PROOF OF SERVICE**

***Dellone v. Coinbase, et al.,***

**USDC Eastern District of California**

**Case No. 1:23-CV-01408**

I hereby certify that on November 28, 2023, I served a copy of:

**ORDER SETTING MANDATORY SCHEDULING CONFERENCE** (ECF 3)

by electronic mail to:

    Adam Vukovic

    BRYAN CAVE LEIGHTON PAISNER LLP

    Email: adam.vukovic@bclplaw.com

    *Attorneys for Coinbase, Inc.* and *Coinbase Global, Inc.*

/s/ Ethan E. Mora
_____

Ethan E. Mora