**BRYAN CAVE LEIGHTON PAISNER LLP**
Alexandra C. Whitworth (California Bar No. 303046)
Adam A. Vukovic (California Bar No. 301392)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email:      alex.whitworth@bclplaw.com
            adam.vukovic@bclplaw.com

*Attorneys for Defendants*
*COINBASE GLOBAL, INC. AND COINBASE, INC.*

**LAW OFFICE OF ETHAN MORA**
Ethan E. Mora (California Bar No. 317937)
1040 E Herndon Ave, Ste 105
Fresno, CA 93720
Telephone: (559) 370-1485
Email:      ethanmoralaw@pm.me

*Attorney for Plaintiff*
*RYAN DELLONE*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DELLONE,<br><br>            Plaintiff,<br><br>    vs.<br><br>COINBASE, INC., et al.,<br><br>            Defendants. | Case No. 1:23-cv-01408-ADA-HBK<br><br>**SECOND JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>Date Action Filed: May 3, 2023 |

This Stipulation is entered into by and between Plaintiff Ryan Dellone and Defendants Coinbase, Inc. and Coinbase Global, Inc. (together "Coinbase"). Plaintiffs and Coinbase are collectively referred to as the "Parties."

WHEREAS, on September 26, 2023, Plaintiff filed his Complaint in this action;

WHEREAS, on October 4, 2023, Coinbase returned executed waivers of the service of the summons of the Complaint, pursuant to Rule 4 of the Federal Rules of Civil Procedure;

WHEREAS, on November 20, 2023, the parties filed a Joint Stipulation extending Coinbase's responsive pleading deadline until December 8, 2023 (ECF 9);

WHEREAS, on December 5, 2023, the Court approved the Parties' Stipulation to extend the responsive pleading deadline;

WHEREAS, the Parties continue to discuss potential early resolution of this matter and require additional time to explore those options and the prospect of discovery relating to the validity of the arbitration agreement and the timing for initial disclosures under Rule 26(a)(1);

WHEREAS, in the interest of judicial economy and preservation of court resources, the Parties have met and conferred and agreed on a stipulation that would extend Coinbase's responsive pleading deadline to accommodate further discussions described herein. This is the second such extension of time requested in this matter, however, this extension does not change or impact any current deadlines set by order of the Court.

WHEREAS, notwithstanding the Parties desire to extend Coinbase's responsive pleading deadline, the Parties will appear at the Scheduling Conference set for December 14, 2023.

NOW, THEREFORE, the Parties hereby agree and stipulate to the following:

1. Coinbase's deadline to respond to the Complaint shall be extended **until December 14, 2023**.

2. The Scheduling Conference shall remain on calendar for December 14, 2023.

**IT IS SO STIPULATED**.

Dated: December 6, 2023

**BRYAN CAVE LEIGHTON PAISNER LLP**

By  */s/ Adam Vukovic*
    Adam Vukovic
Attorneys for Defendants Coinbase, Inc. and Coinbase Global, Inc.

Dated: December 6, 2023

**LAW OFFICE OF ETHAN MORA**

By  */s/ Ethan Mora (as authorized on 12/05/23)*
    Ethan Mora
Attorney for Plaintiff Ryan Dellone