**BRYAN CAVE LEIGHTON PAISNER LLP**
Alexandra C. Whitworth (California Bar No. 303046)
Adam A. Vukovic (California Bar No. 301392)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email: alex.whitworth@bclplaw.com
       adam.vukovic@bclplaw.com
Attorneys for Defendants Coinbase Global, Inc. and Coinbase, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DELLONE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COINBASE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01408<br><br>**DECLARATION OF ADAM VUKOVIC IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS**<br><br>Date Action Filed: September 26, 2023<br><br>Date: May 13, 2024<br>Time: 1:30 p.m. |

## DECLARATION OF ADAM VUKOVIC

I, Adam Vukovich, declare as follows:

1. I make this declaration in support of Defendant Coinbase, Inc.'s ("Coinbase") Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay Proceedings. I have personal knowledge of the facts set forth herein.

2. I am an Associate in the San Francisco office of the law firm Bryan Cave Leighton Paisner LLP. I currently represent Coinbase as its outside counsel.

3. On February 26, 2024, I visited the website of the American Arbitration Association ("AAA") at Consumer Rules.pdf (adr.org) and downloaded a copy of the Consumer Arbitration Rules, attached hereto as **Exhibit 1.**

4. The Introduction to the AAA Consumer Rules states that "[t]he arbitrator may grant any remedy, relief, or outcome that the parties could have received in court[.]" *See* **Ex. 1,** p. 7.

5. Rule 14(a) of the AAA Consumer Arbitration Rules states that the arbitrator has "the power to rule on his or her own jurisdiction, including any objections with respect to the existence, scope, or validity of the arbitration agreement or to the arbitrability of any claim or counterclaim." *See* **Ex. 1**, p. 17.

6. Based upon the foregoing, it is respectfully requested that the Court grant Coinbase's Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay the Proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 28, 2024, at San Francisco, California.

         /s/ Adam A. Vukovic
       **BRYAN CAVE LEIGHTON PAISNER LLP**
       Adam A. Vukovic (California Bar No. 301392)
       Three Embarcadero Center, 7th Floor
       San Francisco, CA 94111-4070
       Telephone: (415) 675-3466
       Facsimile: (415) 675-3434
       Email: adam.vukovic@bclplaw.com
       *Attorney for Defendant Coinbase, Inc.*