DocuSign Envelope ID: 34AEAD17-520B-4B41-A627-4F9D6AE26649

**BRYAN CAVE LEIGHTON PAISNER LLP**
Alexandra C. Whitworth (California Bar No. 303046)
Adam A. Vukovic (California Bar No. 301392)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone:      (415) 675-3400
Facsimile:       (415) 675-3434
Email: alex.whitworth@bclplaw.com
            adam.vukovic@bclplaw.com
Attorneys for Defendants Coinbase Global, Inc. and Coinbase, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DELLONE,<br><br>                    Plaintiff,<br><br>vs.<br><br>COINBASE, INC., et al.,<br><br>                    Defendants. | Case No. 1:23-cv-01408<br><br>**DECLARATION OF SUELLEN BLACK IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS**<br><br>Date Action Filed: Sep 26, 2023<br><br>Date: May 13, 2024<br>Time: 1:30 p.m. |

### DECLARATION OF SUELLEN BLACK

I, Suellen Black, declare as follows:

1.      I make this declaration based upon my personal knowledge and, if called as a witness, could and would testify competently to the matters stated here.

2.      I am currently a Global Complaints Supervisor of Defendant Coinbase, Inc. ("Coinbase"). As part of my job at Coinbase, Inc., I am familiar with the process by which

prospective users sign up for Coinbase accounts and accept the terms of the Coinbase User Agreement.

3. Coinbase Global, Inc. is the parent company of wholly owned subsidiary Coinbase, Inc. ("Coinbase"). Coinbase is a digital currency exchange that provides an online platform for the buying, selling, transferring, and storing of digital currencies.

4. A prospective user can create a Coinbase account either online or via the Coinbase mobile application.

5. Coinbase provides its online platform and services to its users exclusively under the terms of the Coinbase User Agreement ("User Agreement"). Before a prospective user can access Coinbase's platform or services, they must first create a Coinbase account. All prospective users who seek to access Coinbase's platform must first establish a Coinbase account and, as described below, indicate their assent to the User Agreement. There is no charge to sign up for a Coinbase account.

6. Whenever a prospective user creates a Coinbase account and affirmatively accepts the User Agreement, that action generates an entry in the User Activity Log, which is stored and maintained via a software application known internally as "Admin." It is Coinbase's regular practice to use Admin to record entries in the User Activity Log, including a user's acceptance of the User Agreement.

7. I understand that the above-captioned lawsuit is brought by plaintiff Ryan Dellone ("Plaintiff"). I have reviewed Coinbase's User Activity Log in Admin for event entries related to Plaintiff. Coinbase records show that Plaintiff created a Coinbase account and accepted the User Agreement on October 21, 2013 at 7:48 p.m. PDT. A true and correct copy of a screenshot from Admin of the User Activity Log that shows that Plaintiff affirmatively accepted the 2013 User Agreement and generated an Admin entry for that action is attached hereto as **Exhibit 1**.

DocuSign Envelope ID: 34AEAD17-520B-4B41-A627-4F9D6AE26649

8. Coinbase maintains archives of its user agreements in text-only format in a centralized repository in the ordinary course of business. I have reviewed Coinbase's internal archive of user agreements. A true and correct copy of the 2013 User Agreement in effect at the time of Plaintiff's registration and to which Plaintiff consented is attached as **Exhibit 2**.

9. On or around May 28, 2014, Coinbase updated its User Agreement. Coinbase's records show that Plaintiff accepted the updated User Agreement on June 1, 2014 at 1:59 p.m. A true and correct copy of a screenshot from Admin of the User Activity Log that shows that Plaintiff affirmatively accepted the 2014 User Agreement and generated an Admin entry for that action is attached hereto as **Exhibit 3**. A true and correct copy of the 2014 User Agreement to which Plaintiff consented is attached as **Exhibit 4**.

10. Coinbase regularly updates its User Agreement. As relevant to Plaintiff's lawsuit, Coinbase updated its User Agreement effective September 30, 2021, by publishing the updated User Agreement to its website and by making it available to its customers on Coinbase's Mobile Platform. A true and correct copy of the 2021 User Agreement is attached as **Exhibit 5**.

11. Coinbase's records reflect that Plaintiff accessed, used, and traded in his account after Coinbase published the 2021 User Agreement as described above.

12. Each time a user trades on the Coinbase retail platform (as Plaintiff did), they receive an email confirmation of the trade, which contains a link to the User Agreement.

*[signature page to follow]*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2024, at Oro Valley, Arizona.

                                      DocuSigned by:

                                      *Suellen Black*

                                      006B2D39193C4B6...

                                    SUELLEN BLACK