# Exhibit 1



| User | Action | Device | Resolution | IP | Location | Source | When | Details (Toggle params) |
|---|---|---|---|---|---|---|---|---|
| Ryan Dellone | accepted user agreement | | | | | web | 2013-10-21 7:48 PM PDT | Show |