# Exhibit 3



| User | Action | Device | Resolution | IP | Location | Source | When | Details (Toggle params) |
|---|---|---|---|---|---|---|---|---|
| Ryan Dellone | accepted user agreement | | | | United States | web | 2014-06-01 1:59 PM PDT | Show |