**WANGER JONES HELSLEY PC**
Patrick D. Toole (SBN 190122)
Ethan E. Mora (SBN 317937)
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
ptoole@wjhattorneys.com
emora@wjhattorneys.com

Attorneys for Plaintiff, RYAN DELLONE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DELLONE,<br><br>    Plaintiff,<br><br>v.<br><br>COINBASE, INC., *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01408-KES-HBK<br><br>**JOINT STIPULATION TO STAY THE CASE PENDING ARBITRATION AND REFER THE ISSUE OF ARBITRABILITY TO CONSOLIDATED ARBITRATION; ORDER**<br><br>Date Action Filed: September 26, 2023<br>Trial Date: Not Assigned |

    This Stipulation is entered into by and between Plaintiff Ryan Dellone and Defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase") and Defendant AT&T Mobility LLC ("AT&T") (collectively, "Defendants"). Plaintiff and Defendants are collectively referred to as the "Parties."

    WHEREAS, on September 26, 2023, the original Complaint in this action was filed (ECF 1);

    WHEREAS, on January 31, 2024, pursuant to Fed. R. Civ. Proc. 15(a), Plaintiff filed his First Amended Complaint in this action (ECF 18);

    WHEREAS, on February 13, 2024, AT&T returned executed waivers of the service of the summons of the First Amended Complaint, pursuant to Rule 4 of the Federal Rules of Civil Procedure, which required AT&T to respond to the First Amended Complaint on or before April 9, 2024;

1
JOINT STIPULATION TO STAY THE CASE PENDING ARBITRATION AND REFER THE ISSUE OF
ARBITRABILITY TO CONSOLIDATED ARBITRATION AND ORDER

1    WHEREAS, on March 15, 2024, Coinbase filed its Motion to Compel Arbitration and to Dismiss
2    Under 12(b)(1) or, in the Alternative, to Stay (ECF 24);
3    WHEREAS, on April 8, 2024, Plaintiff and AT&T filed a joint stipulation to extend AT&T's
4    deadline to respond to the First Amended Complaint, to April 16, 2024 (ECF 26);
5    WHEREAS, the Parties' counsel have held discussions regarding the presence of an arbitration
6    agreement in Coinbase's User Agreement, and an arbitration agreement in AT&T's Consumer Services
7    Agreement;
8    WHEREAS, Plaintiff and AT&T are currently involved in a pending arbitration matter before
9    the American Arbitration Association (Case No. 01-23-0005-5033), and Attorney John C. Lautsch has
10   been appointed as the neutral arbitrator in such matter;
11   WHEREAS, the Parties' counsel have held discussions regarding the arbitrability of Plaintiff's
12   claims against Coinbase and AT&T, and regarding the possibility of consolidated arbitration
13   proceedings;
14   WHEREAS, Plaintiff contests the validity and enforceability of Coinbase's arbitration
15   agreement, but has agreed to voluntarily stay the current action and submit the issue of arbitrability to
16   arbitration;
17   WHEREAS, Coinbase does not object to John C. Lautsch serving as arbitrator in consolidated
18   arbitration proceedings involving the Parties;
19   WHEREAS, the Parties each reserve any other rights they have in the pending civil action,
20   through their respective counsel, including the right to challenge the First Amended Complaint or any
21   amendments thereto via motion to dismiss or otherwise;
22   NOW, THEREFORE, the Parties hereby stipulate and agree, through their respective counsel,
23   subject to the Court's approval, to:
24   (1) refer the issue of arbitrability of Plaintiff's claims against Coinbase and AT&T to arbitration;
25   (2) stay the proceedings in this action pending the arbitrator's decision on the issue of
26   arbitrability and the consolidated arbitration of this dispute; and
27   (3) extend the time for AT&T to respond to Plaintiff's First Amended Complaint from April 16,
28   2024, to 30 days from the date of entry of any Order of this Court in the future denying or

lifting the stay of these proceedings.

**IT IS SO STIPULATED.**

Dated: April 15, 2024                                WANGER JONES HELSLEY PC

By:   /S/ Ethan E. Mora
Patrick D. Toole (SBN 190122)
Ethan E. Mora (SBN 317937)
265 E. River Park Circle, Suite 310
Fresno, California  93720
559-233-4800
ptoole@wjhattorneys.com
emora@wjhattorneys.com
Attorneys for Plaintiff Ryan Dellone

Dated: April 15, 2024                                KILPATRICK TOWNSEND & STOCKTON LLP

By:   /S/ Nancy L. Stagg
Nancy Stagg, Esq.
12255 El Camino Real, Suite 250
San Diego, CA  92130
nstagg@kilpatricktownsend.com
858-350-6156
Attorney for Defendant AT&T Mobility LLC

Dated: April 15, 2024                                BRYAN CAVE LEIGHTON PAISNER LLP

By:   /S/ Aileen M. Hunter
Adam A. Vukovic, Esq.
Alexandra Costanza Whitworth, Esq.
Aileen M. Hunter, Esq.
Three Embarcadero Center, 7th Floor
San Francisco, CA 94 111-4070
415-675-3400
Fax: 415-675-3434
adam.vukovic@bclplaw.com
alex.whitworth@bclplaw.com
Aileen.hunter@bclplaw.com
Attorney for Defendant Coinbase, Inc. and Coinbase Global, Inc.

**ORDER**

Pursuant to the Stipulation of counsel for Plaintiff, RYAN DELLONE ("Plaintiff"), Defendant COINBASE, INC., and Defendant COINBASE GLOBAL, INC. (the "Coinbase Defendants"), and Defendant AT&T MOBILITY LLC ("AT&T") (collectively, the "Parties"), and good cause appearing,

**IT IS HEREBY ORDERED that:**

1. The Parties' joint stipulation to Stay the Case Pending Arbitration and Refer the Issue of Arbitrability to Consolidated Arbitration (Doc. 28) is APPROVED and GRANTED;

2. This action is stayed pending the arbitrator's decision on the issue of arbitrability and the consolidated arbitration of this dispute;

3. The parties shall notify the Court within fourteen (14) days following any decision by the arbitrator finding the matter unsuitable for arbitration;

4. Defendants Coinbase, Inc. and Coinbase Global, Inc.'s motion to compel arbitration and to dismiss or stay (Doc. 24) is DENIED without prejudice as moot;

5. The time for AT&T to respond to Plaintiff's First Amended Complaint is extended from April 16, 2024, to 30 days from the date of entry of any future order of this Court lifting the stay of these proceedings;

6. The Court retains jurisdiction over this matter to confirm any arbitration award that may be granted in the parties' arbitration and to enter judgment for the purpose of enforcement; and

7. The parties are ordered to file a joint status report within six (6) months from the date of filing of this order, and subsequently to file a joint status report every three (3) months thereafter.

IT IS SO ORDERED.

Dated:   April 17, 2024                          _____
                                                 UNITED STATES DISTRICT JUDGE