**WANGER JONES HELSLEY PC**
Patrick D. Toole (SBN 190122)
Ethan E. Mora (SBN 317937)
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
ptoole@wjhattorneys.com
emora@wjhattorneys.com

*Attorneys for Plaintiff Ryan Dellone*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN DELLONE,<br><br>  Plaintiff,<br><br>  v.<br><br>COINBASE, INC. [*dismissed*], AT&T MOBILITY, LLC, [*dismissed*], 2.05698427 BITCOINS, and DOES 1-50,<br><br>  Defendants. | Case No. 1:23-cv-01408-KES-HBK<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT 2.05698427 BITCOINS** |

TO THE ABOVE-ENTITLED COURT:

Plaintiff RYAN DELLONE ("Plaintiff"), hereby requests a default judgment against Defendant 2.05698427 BITCOINS, under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

This application shall be based on this application, the accompanying memorandum of points and authorities, the declarations Ryan Dellone and Ethan E. Mora, and the papers and pleadings on file in this action, including:

1. The Entry of Clerk's Default: Entry of default for failure to respond or appear was filed and entered herein by the Clerk of Court on September 16, 2024 as to Defendant 2.05698427 BITCOINS (ECF No. 41).

2. Proof Required for Judgment: The declarations of Ryan Dellone and Ethan E. Mora filed and submitted concurrently herewith Plaintiff's Motion for Entry of Default Against Defendant 2.05698427 BITCOINS establish proof of specific personal property to be turned over to Plaintiff.

Plaintiffs request that a default judgment be entered by the Court on Plaintiff's claim for Replevin (Claim and Delivery) against Defendant 2.05698427 BITCOINS as follows:

a. An order that all bitcoins presently located the Bitcoin Wallet with the public key address, *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm*, be immediately returned or delivered to Plaintiff;

b. An order recognizing Plaintiff as having and declaring Plaintiff to have all rights and exclusive legal title to, and ownership of the bitcoins traceable to the Bitcoin public key Wallet address, *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm*.

Dated: November 29, 2024               Respectfully submitted,

                                       WANGER JONES HELSLEY PC


                                       By: /s/ Ethan E. Mora
                                           Patrick D. Toole, Esq.
                                           Ethan E. Mora, Esq.
                                           Attorneys for Plaintiff Ryan Dellone