**WANGER JONES HELSLEY PC**
Patrick D. Toole (SBN 190122)
Ethan E. Mora (SBN 317937)
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330
ptoole@wjhattorneys.com
emora@wjhattorneys.com

Attorneys for Plaintiff Ryan Dellone

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DELLONE, | Case No. 1:23-cv-01408-KES-HBK |
| Plaintiff, | **DECLARATION OF ETHAN E. MORA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT 2.05698427 BITCOINS** |
| v. | |
| COINBASE, INC. [*dismissed with prejudice*], AT&T MOBILITY, LLC, [*dismissed with prejudice*], 2.05698427 BITCOINS, and DOES 1-50, | |
| Defendants. | |

I, ETHAN E. MORA, declare as follows:

1.      I am over the age of 18 and am the attorney for the Plaintiff in the above-captioned action. I have personal knowledge of the facts contained herein and if called upon as a witness, I could testify competently thereto.

2.      I am a member of the Bar of this Court and I am employed by the law firm, Wanger Jones Helsley PC. I have represented Plaintiff in connection with the litigation since this action was commenced on September 26, 2023.

3.      I make this declaration pursuant to Fed. R. Civ. P. 55 and Section 585 of the California Code of Civil Procedure, in support of Plaintiff's Motion for Default Judgment Against Defendant 2.05698427 BITCOINS, filed concurrently herewith.

4.      Defendant 2.05698427 BITCOINS has not appeared in this action and has not responded to the complaint within the time permitted by law.

5.      Defendant 2.05698427 BITCOINS is, itself, a decentralized store of digital value that may be controlled by, or simultaneously in the possession of multiple persons, at all once, and those persons may geographically located in California or elsewhere.

6.      Defendant 2.05698427 BITCOINS is not a minor, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940. Said Defendant is personal property, specifically, a virtual asset comprising a "private key" and a "public key," which exists digitally on the Bitcoin blockchain hosted by the decentralized Bitcoin network.

7.      This is action involves a claim by Plaintiff Ryan Dellone seeking to recover and take of personal property currently located at (or in) the Bitcoin Wallet identifiable on the Bitcoin blockchain by the public key address, *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm*, and to establish Plaintiff's rights to approximately 2.05 bitcoins associated with that Bitcoin Wallet. The nature of Plaintiff's legal rights to the sum of 2.05698427 bitcoins are set forth in the complaint. (ECF No. 18.)

8.      On or about December 14, 2021, Mr. Dellone's cryptocurrencies were exchanged for, and/or consolidated as 2.05698427 bitcoins, and transferred to the Bitcoin Wallet identifiable by the public key address, *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm*. I have verified that the transaction involving the transfer of Mr. Dellone's personal property occurred, as I have confirmed that this transaction is recorded on the Bitcoin blockchain as the transaction with the transaction hash ID, *dbaba1aad772b7e62995668f69ddf73d4d20031f5fe15cd4d23a618e831c1fe1*.

9.      On October 14, 2023, and on August 13, 2024, I served a copy of the summons and complaint on Defendant 2.05698427 BITCOINS in a manner consistent with the Court's Order approving the alternative service method by Bitcoin blockchain transaction. (ECF No. 17.)

10.     The steps I took to serve Defendant 2.05698427 BITCOINS and to provide notice to any and all persons who control the private key for the *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet, or who may otherwise claim an interest in the subject property, were as follows:

//

DECLARATION OF ETHAN E. MORA IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT 2.05698427 BITCOINS

1        (a)    I created an online Google Drive file repository, which is publicly-accessible at

2  URL address, https://drive.google.com/drive/folders/1xLjJ6TAG28XZwlBPVumwB4VsJWqEBIEk.

3        (b)    I uploaded PDF copies of the summons and complaint to the Google Drive

4  repository.

5        (c)    I created a shortened URL (t.ly/123cv01408_service) hyperlinking to the Google

6  Drive repository's URL.

7        (d)    I created a new Bitcoin Wallet, which is identifiable by the public key address,

8  *1LaawSa4icoazeiC225ji2ewAHipehs6z4* (the "Service Wallet"), specially for purpose of effectuating

9  service on *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet.

10        (e)    On October 14, 2023, I used the OP_RETURN function on the Bitcoin network

11  to construct a transaction that contains a human-readable (plain-text) message, which states,

12  "SERVICE - SUMMONS, COMPLAINT U.S. Dist. E.D. Cal. LINK: t.ly/123cv01408_service." I then

13  executed that transaction by transferring 0.00440008 BTC (800 satoshis) from the Service Wallet, to

14  the *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet.

15        (f)    On February 14, 2024, I uploaded a copy of the amended complaint, and the

16  Court's order approving Plaintiff's request for the method of alternative service (entered on December

17  14, 2023), to the Google Drive repository.

18        (g)    On August 13, 2024, I constructed an OP_RETURN transaction including the

19  message, "SERVICE - AMENDED COMPLAINT U.S. Dist. E.D. Cal. LINK:

20  t.ly/123cv01408_service", and I executed that transaction by sending 0.00435080 BTC (1,228 satoshis)

21  to the *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet.

22      11.    The Google Drive repository has remained publicly accessible via the internet, at the

23  URL addresses referenced in the OP_RETURN, as reflected in both the October 14, 2023 transaction

24  and in the August 13, 2024 transaction. The messages included in these transactions have been publicly-

25  accessible in plain-text form on the Bitcoin blockchain through free, publicly-accessible online

26  blockchain explorers at all times from the dates those transactions were first executed (*see e.g.*,

27  https://www.blockchain.com/explorer/transactions/btc/3f6d743409afbfd1da359ed94c1a70dab01791f1

28  c21a7aa7de5c6b0843e6df78,                    and                    at

1   https://www.blockchain.com/explorer/transactions/btc/c6e20e81c1d93c1e085be8b4dc9cc30f63e0621d

2   c90b3b252c44f904e4d6c37b).

3          12.    Service of the summons, the original complaint, and the amended complaint on

4   Defendant 2.05698427 BITCOINS is reflected by the transactions sent to the

5   *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet, which are recorded and continuously

6   published by the Bitcoin network as an immutable, time-stamped, and publicly-accessible transaction

7   ledger (the Bitcoin blockchain). The Bitcoin transaction hash ID for the October 14, 2023 notice is:

8   3f6d743409afbfd1da359ed94c1a70dab01791f1c21a7aa7de5c6b0843e6df78. The Bitcoin transaction

9   hash        ID        for        the        August        13,        2024        notice        is:

10  c6e20e81c1d93c1e085be8b4dc9cc30f63e0621dc90b3b252c44f904e4d6c37b.

11         13.    The time for Defendant 2.05698427 BITCOINS to answer the complaint expired on

12  December 11, 2023.

13         14.    The time for Defendant 2.05698427 BITCOINS to answer the amended complaint

14  expired on or before September 5, 2024.

15         15.    Since initiating this action, I have monitored and routinely reviewed the Bitcoin

16  blockchain and conducted regular searches for transactions which are or may be related to the Bitcoin

17  Wallet with the public key address, bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm. I have also

18  conducted routine searches for similar factual patterns and relevant information in publicly-available

19  criminal and civil court filings and notices posted on Forfeiture.gov. I have found no relevant forfeiture

20  notices or court filings related to the property at issue, or concerning to the facts or circumstances alleged

21  in this action.

22         16.    I have been advised by Alex Silagi, an Assistant U.S. Attorney employed by the U.S.

23  Attorney's Office for the District of New Jersey ("USAO-NJ"), that the USAO-NJ is still investigating

24  the unlawful computer hacking and trespassory conduct described in Plaintiff's complaint; however,

25  Mr. Silagi has informed me that, due to grand jury secrecy laws, no information concerning a prospective

26  criminal action in which Plaintiff has been identified as a victim can be disclosed to me or my client at

27  this time. I have personally advised Mr. Silagi of my client's claims and the relief Plaintiff is requesting

28  in this action.

DECLARATION OF ETHAN E. MORA IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT 2.05698427 BITCOINS

17.     On September 16, 2024, the Clerk of Court entered default of Defendant 2.05698427 Bitcoins by application of Plaintiff upon Defendant having been duly served with process and having failed to appear, plead, or answer Plaintiff's complaint within the time allowed by law. (ECF No. 41)

18.     I will upload copies of the following documents to the aforementioned Google Drive repository, after I receive copies of the electronically file the documents with this Court using the Court's ECF system:

- NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT 2.05698427 BITCOINS;
- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT 2.05698427 BITCOINS;
- THIS DECLARATION (OF ETHAN E. MORA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT 2.05698427 BITCOINS); and
- DECLARATION OF RYAN DELLONE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT 2.05698427 BITCOINS.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 29, 2024, in Fresno, California.

/s/ Ethan E. Mora
Ethan E. Mora

DECLARATION OF ETHAN E. MORA IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT 2.05698427 BITCOINS