**WANGER JONES HELSLEY PC**
Patrick D. Toole (SBN 190122)
Ethan E. Mora (SBN 317937)
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330
ptoole@wjhattorneys.com
emora@wjhattorneys.com

*Attorneys for Plaintiff Ryan Dellone*

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DELLONE, | Case No. 1:23-cv-01408-KES-HBK |
| Plaintiff, | |
| v. | **DECLARATION OF RYAN DELLONE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT 2.05698427 BITCOINS** |
| COINBASE, INC. [*dismissed*], AT&T MOBILITY, LLC, [*dismissed*], 2.05698427 BITCOINS, and DOES 1-50, | |
| Defendants. | |

I, RYAN DELLONE, declare as follows:

1.      I am over the age of 18 and am the plaintiff in the above-captioned action. I am and, at all times relevant to this action, was a resident of Fresno, California.

2.      I have personal knowledge of the facts contained herein and if called upon as a witness, I could testify competently thereto.

3.      This declaration is filed in support of Plaintiff's Motion for Entry of Default Judgment Against Defendant 2.05698427 BITCOINS.

4.      Between the years 2013 and 2021, I acquired bitcoins and various other cryptocurrencies using an online account I created on the Coinbase cryptocurrency exchange platform.

5.     At all times relevant to this action, except as otherwise indicated, I controlled and possessed the bitcoins that are the subject of this action in and from Fresno, California.

6.     On or about December 14, 2021, without my knowledge, permission, or consent, all of my cryptocurrencies were exchanged or consolidated into the form of 2.05698427 bitcoins, and transferred to the Bitcoin Wallet with the public key address, *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm*. This unauthorized transaction involving the transfer of my personal property is recorded on the Bitcoin blockchain as a transaction identifiable by the transaction hash ID, *dbaba1aad772b7e62995668f69ddf73d4d20031f5fe15cd4d23a618e831c1fe1*.

7.     As of December 14, 2021, the total combined U.S. dollar value of all my cryptocurrencies was approximately $101,762.51.

8.     I am the rightful owner of all the bitcoins presently located in the *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet.

9.     To my knowledge, the bitcoins presently located in the *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet have not been taken for a tax, assessment, or fine, pursuant to a statute.

10.     Any person who controls or possesses the bitcoins in the *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet is doing so and has, at all times, done so without my consent or permission.

11.     Every transaction involving the *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet, other than the first transaction (with the transaction has ID, *dbaba1aad772b7e62995668f69ddf73d4d20031f5fe15cd4d23a618e831c1fe1*), was sent to said Bitcoin Wallet by my counsel, at my instruction. No person who controls and/or possesses the *bc1qjp79ak6fxm4h7j0tsrwqx2n2k4tcqqveqxrvgm* Bitcoin Wallet, or who may be in possession of, or have knowledge of the private key or seed phrase required to transfer the bitcoins from said Wallet, has ever responded to the "Service Transactions" sent to that Wallet by my counsel.

12.     On November 29, 2024 at approximately 2:30 p.m. PST, I visited the website https://www.bitcoin.com/. According to that website, the U.S. Dollar value of one bitcoin was $97,439. Accordingly, as of that date and time, the value of 2.05698427 bitcoins was $200,430.49.

1         I declare under penalty of perjury under the laws of the State of California that the foregoing is

2 true and correct.

3         EXECUTED on November 29, 2024, in Fresno, California.

4

5

6 Ryan Dellone

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RYAN DELLONE IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT 2.05698427 BITCOINS